RECEIVED
AUG 19 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 1:09-CR-00151 |
| VERSUS | JUDGE DEE D. DRELL |
| DARREN D. BROWN | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that an EVIDENTIARY HEARING SHALL BE HELD to determine whether Brown asked his attorney to file an appeal or a notice of appeal. The hearing shall be conducted by Magistrate Judge James D. Kirk at a date and time to be determined by him.

IT IS ORDERED That Brown's Section 2255 motion IS DENIED as to all other issues.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 19th day of AUGUST 2015.

COPY SENT:
DATE: 8-19-15
BY: gbr
TO: JDK
   YT

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE