RECEIVED
NOV 23 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | DOCKET NO.: 1:09-00151 |
| VERSUS | JUDGE DEE D. DRELL |
| DARREN D. BROWN | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Brown be **GRANTED** an out-of-time appeal.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 20 day of November, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT